App. Div.]                    First Department, April, 1924.

SARAH GARDNER, Appellant, v. JOSEPH J. TUOHY, as Administrator, etc., of HASTINGS ALLAWAY, Deceased, Respondent.— Order so far as appealed from affirmed, with costs, and disbursements. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

WEST BRANCH KNITTING COMPANY, Appellant, v. JEROME LEVY and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

JENNIE STERN, an Infant, by MORRIS STERN, Her Guardian ad Litem, Respondent, v. UNION SQUARE TAXI CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

FANNIE BARATZ, Suing in Behalf of Herself and Other Creditors of ABRAHAM L. KASS, etc., Appellant, v. DEPOSITORS ASSETS CORPORATION, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

HERMAN LEVY, Respondent, v. HARRY FEIL and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent, v. JOSEPH MARK and Another, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING MAZZER, Alias JACOB BERNSTEIN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

WILLIAM LARSCY, Respondent, v. T. HOGAN & SONS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

MAZIE E. COLEMAN, Respondent, v. CUSHMAN SONS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED W. ENGELS, Appellant. Judgment affirmed. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

KANTOR SILK MILLS, INC., Respondent, v. AMERICAN ALLIANCE INSURANCE COMPANY, NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ALFRED M. ERSKINE, Respondent, v. NEMOURS TRADING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.; Dowling and McAvoy, JJ., dissent.

HILLCREST SILK MILLS, Appellant, v. SIQUAX SILK CORPORATION, Respondent. — Order reversed, with ten dollars costs and disbursements and motion granted, with ten dollars costs, on the authority of Matter of Berkovitz v. Arbib & Houlberg (230 N. Y. 261). Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.